# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00278(1)-DAE |
| | § | |
| (1) Benigno Arteaga-Castillo | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 9, 2026, wherein the defendant Arteaga-Castillo waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Arteaga-Castillo to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Arteaga-Castillo's plea of guilty to Count One of the Information is accepted.

Signed this 16th day of June, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE